IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| KAITLYN P. PRUITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 3:20-cv-750-NJR |
| | ) | |
| K&B TRANSPORTATION, INC. | ) | |
| and GERALD W. BOUTWELL, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION SELECTING MEDIATOR**

IT IS HEREBY STIPULATED AND AGREED that Judge Vincent Lopinot has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
Sandberg Phoenix & Vontard PC, 475 Regency Park, Ste. 310, O'Fallon, IL 62269
**Phone Number**
618-397-2721
**Email**
vlopinot@sandbergphoenix.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

DATED: June 16, 2022

By: */s/ Shaun M. Falvey*
SHAUN M. FALVEY    #6284797
sfalvey@stlinjurylaw.com
Amanda Murphy              #6295289
amurphy@stlinjurylaw.com
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
Attorneys for Plaintiff


By:    */s/ Adam S. McGonigle*
MICHAEL REDA                #06184782
mxr@heplerbroom.com
ADAM S. McGONIGLE           #06315569
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile
Attorneys for Defendants